# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERVAL EQUIPMENT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDVIK MINING & CONSTRUCTION USA, LLC, <br><br> Defendant. <br> _____/ <br><br> SANDVIK MINING & CONSTRUCTION USA, LLC, et al., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> INTERVAL EQUIPMENT SOLUTIONS, INC., <br><br> Counterclaim Defendant. <br> _____/ | Case No. 1:16-cv-00512-LJO-SKO <br><br> **ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINES** <br><br> **(Doc. 28)** |

Before the Court is the parties' Joint Stipulation to Extend Discovery Deadlines (the "Request"). (Doc. 28.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS the following:

1) the deadline for completion of non-expert discovery is EXTENDED from January 31, 2017 to April 3, 2017;

2) the deadline for expert disclosures is EXTENDED from February 21, 2017 to April 3, 2017;

3) the deadline for supplemental expert disclosures is EXTENDED from March 23, 2017 to May 1, 2017; and

4) the deadline for completion of expert discovery is EXTENDED from April 20, 2017 to May 1, 2017.

All remaining dates, including the pretrial conference and trial dates, shall remain as currently set.

IT IS SO ORDERED.

Dated:     **February 2, 2017**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE