# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERVAL EQUIPMENT SOLUTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v<br><br>SANDVIK MINING AND CONSTRUCTION USA, LLC,<br><br>　　　　　Defendant. | Case No.  1:16-cv-00512-LJO-SKO<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| SANDVIK MINING AND CONSTRUCTION USA, LLC,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v<br><br>INTERVAL EQUIPMENT SOLUTIONS, INC.,<br><br>　　　　　Counterclaim Defendant. | |

On March 2, 2017, this Court conducted a settlement conference.  During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

1

2.  Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **March 2, 2017**

_____
UNITED STATES MAGISTRATE JUDGE