MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
SCOTT J. IVY, #197681
scott.ivy@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff/Counterclaim Defendant

MORGAN, LEWIS & BOCKIUS LLP
KEVIN M. BENEDICTO, Cal. Bar No. 305802
kevin.benedicto@morganlewis.com
One Market Street, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000

MORGAN, LEWIS & BOCKIUS LLP
R. BRENDAN FEE, *pro hac vice*
brendan.fee@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel:    +1.215.963.5000

Attorneys for Defendant/Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| INTERVAL EQUIPMENT SOLUTIONS, INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SANDVIK MINING AND CONSTRUCTION USA, LLC and DOES 1-10,<br><br>                    Defendants. | Case No. 1:16-cv-00512-LJO-SKO<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |
| SANDVIK MINING AND CONSTRUCTION USA, LLC and SANDVIK INTELLECTUAL PROPERTY AB,<br><br>                    Counterclaim Plaintiffs,<br><br>          vs.<br><br>INTERVAL EQUIPMENT SOLUTIONS, INC.<br><br>                    Counterclaim Defendant. | |

Plaintiff and Counterclaim Defendant Interval Equipment Solutions, Inc. ("Interval") and Defendant and Counterclaim Plaintiff Sandvik Mining and Construction USA, LLC ("Sandvik Mining") and Counterclaim Plaintiff Sandvik Intellectual Property AB ("Sandvik IP") (together, the "Sandvik Entities") hereby submit the following stipulation to extend the date by which the Parties are to file dispositional documents, as ordered by the Court (Magistrate Judge Boone) on March 3, 2017 (ECF #35.)

### Recitals

1. The Parties reached a settlement in this action on March 2, 2017 (ECF #35.)
2. The Sandvik Entities have complied with their obligations under the settlement, but Interval requires additional time to comply with its obligations under the settlement.

### Stipulation

Accordingly, based upon the foregoing recitals, the Parties hereby STIPULATE that for good cause shown:

The deadline to file dispositional documents set forth in the Court's March 2, 2017 Order be extended by seven days; the parties are directed to file dispositional documents by Monday, April 10, 2017.

| | | |
|---|---|---|
| 1 | Dated: April 3, 2017 | Respectfully submitted, |
| 2 | | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 4 | | By /s/ |
| | |    Scott J. Ivy |
| 5-6 | | Attorneys for Plaintiff and Counterclaim Defendant |
| 7 | Dated: April 3, 2017 | Respectfully submitted, |
| 8 | | MORGAN, LEWIS & BOCKIUS LLP |
| 10 | | By /s/ |
| | |    R. Brendan Fee |
| | |    Kevin M. Benedicto |
| 11-12 | | Attorneys for Defendant and Counterclaim Plaintiffs |

**ORDER**

Having read and considered the Parties' Stipulation to Extend Deadline to File Dispositional Documents, IT IS HEREBY ORDERED THAT: The deadline to file dispositional documents set forth in the Court's March 2, 2017 Order is extended; the Parties are directed to file dispositional documents by Monday, April 10, 2017.

IT IS SO ORDERED.

Dated: __**April 4, 2017**__

UNITED STATES MAGISTRATE JUDGE