| | |
|---|---|
| INTERVAL EQUIPMENT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDVIK MINING & CONSTRUCTION USA, LLC, <br><br> Defendant. <br>_____/ <br><br> SANDVIK MINING & CONSTRUCTION USA, LLC, et al., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> INTERVAL EQUIPMENT SOLUTIONS, INC., <br><br> Counterclaim Defendant. <br>_____/ | Case No. 1:16-cv-00512-LJO-SKO <br><br> **ORDER DIRECTING CLERK TO CLOSE CASE** <br><br> **(Doc. 38)** |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | On April 10, 2017, the parties filed a Joint Stipulation of Dismissal with Prejudice (the "Stipulation"), in which the parties notified the Court that this matter has been voluntarily "dismissed, with prejudice, including all claims and counterclaims . . . in their entirety." (Doc. 38.) The Stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, this matter has been voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case. |

IT IS SO ORDERED.

Dated:   **April 11, 2017**                              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE